### (July 25, 1977)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY H. BODDIE, Petitioner, v RONALD R. EMERY, as Sheriff of Montgomery County, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus, denied. Sweeney, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.